Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10562−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Boyle
aka Robert Boyle
361 Hopesdale Drive
Bayville, NJ 08721

Social Security No.:
   xxx−xx−2560

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/18/26
Time:           10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 19, 2026
JAN: mrg

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 26-10562-MEH

Robert A Boyle                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                    Page 1 of 6

Date Rcvd: Feb 19, 2026                        Form ID: 132                        Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783 |
| cr | + | Levin Properties, L.P., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| 520950923 | + | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950922 | + | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950924 | | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520950928 | | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520950933 | | Credit One Bank N.A., Greenville, SC 29602 |
| 520950934 | + | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520950943 | | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520950944 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520978865 | + | Levin Properties, L.P., c/o Stark & Stark, PC, Attn: Thomas Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520950945 | + | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520950946 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520950948 | + | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520950954 | | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950957 | + | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950968 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520950974 | + | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520987404 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520958851 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520950919 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2026 21:16:25 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520984288 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:37:14 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950918 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2026 21:16:25 | Affirm, Inc., 650 California St, Fl 12, San |

Date Rcvd: Feb 19, 2026                              Form ID: 132                                    Total Noticed: 74

| | | | |
|---|---|---|---|
| | | | Francisco, CA 94108-2716 |
| 520950921 | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:37:14 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520950920 | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:16:22 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520954591 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:16:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950932 | Email/Text: cfcbackoffice@contfinco.com | Feb 19 2026 21:12:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520950931 | Email/Text: cfcbackoffice@contfinco.com | Feb 19 2026 21:12:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520950927 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:16:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520950926 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:15:57 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520950930 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2026 21:13:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520950929 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2026 21:13:00 | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 520950937 | Email/Text: famc-bk@1stassociates.com | Feb 19 2026 21:13:00 | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520950938 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 19 2026 21:15:57 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520950939 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 19 2026 21:37:07 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520950941 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520950940 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520987429 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 21:12:00 | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section, Philadelphia, PA 19101-7346 |
| 520958525 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 21:13:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520950956 | Email/Text: customerservice@launchservicing.com | Feb 19 2026 21:11:02 | Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520950955 | Email/Text: customerservice@launchservicing.com | Feb 19 2026 21:11:15 | Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520954587 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:16:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950947 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:37:07 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520968609 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:16:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520950950 | Email/Text: Mercury@ebn.phinsolutions.com | Feb 19 2026 21:11:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520950949 | Email/Text: Mercury@ebn.phinsolutions.com | Feb 19 2026 21:11:00 | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520950951 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:15:54 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520950952 | Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Feb 19 2026 21:13:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987445 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 19 2026 21:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520950953 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 19 2026 21:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520987449 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Feb 19 2026 21:11:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520987461 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:16:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520950962 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:22 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987459 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:15:57 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987458 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:17 | Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520950958 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 19 2026 21:16:06 | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520950959 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 19 2026 21:16:19 | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950960 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:17 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520984473 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 19 2026 21:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520987463 | + Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 19 2026 21:13:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520950966 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950967 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950935 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950969 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Feb 19 2026 21:11:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 520950964 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 19 2026 21:13:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520950965 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 19 2026 21:13:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520950971 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950970 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:08 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520950973 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:15:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950972 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:15:56 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520950976 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:22 | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

520950975          ^  MEBN

Feb 19 2026 21:03:49     The Bank of Missouri, 320 E Big Beaver Rd,
Troy, MI 48083-1238

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520950942 | | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section Philadelphia, PA 1910 |
| 520987594 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067 |
| 520987466 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| 520987597 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| 520987582 | *+ | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520987410 | *+ | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987406 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987405 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987408 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520987407 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520987409 | *+ | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987411 | * | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520987412 | * | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987413 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987583 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987420 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520987419 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520987415 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520987414 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520987416 | * | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987418 | * | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520987417 | * | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 520987421 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520987422 | *+ | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520987424 | * | First Progress, PO Box 84010, Columbus, GA 31908-4010 |
| 520987425 | * | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520987426 | * | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520987427 | * | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520987428 | * | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520987432 | * | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520987433 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520987451 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987450 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987438 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987588 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987436 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987437 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987586 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987587 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987434 | *+ | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520987435 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520987439 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520987440 | *+ | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520987442 | * | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520987441 | * | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520987443 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520987444 | * | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987589 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520987447 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

| | | |
|---|---|---|
| 520987448 | * | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987591 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520950963 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987457 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987593 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520987452 | *+ | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987453 | * | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520987454 | * | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950961 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987455 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987456 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987596 | *+ | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520987468 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987469 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987423 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987471 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 520987464 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520987465 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520987470 | *+ | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520987473 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987472 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520987475 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987474 | *+ | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520987476 | *+ | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |
| 520950977 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987478 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987479 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987477 | * | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520950925 | ## | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950936 | ## | First Progress, PO Box 84010, Columbus, GA 31908-4010 |

TOTAL: 4 Undeliverable, 75 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed**

District/off: 0312-3                            User: admin                                    Page 6 of 6
Date Rcvd: Feb 19, 2026                         Form ID: 132                              Total Noticed: 74

**below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Courtney Anne Martin | on behalf of Creditor Levin Properties  L.P. cmartin@stark-stark.com |
| Daniel E. Straffi | on behalf of Debtor Robert A Boyle bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas S. Onder | on behalf of Creditor Levin Properties  L.P. tonder@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6