**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security      **1** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

**Last revised: November 14, 2023**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### District of New Jersey

In Re:      **Robert A Boyle**

Case No.:                    **3:26-bk-10562**

Judge: _____

Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

☒ Original                        ☐ Modified/Notice Required        Date:  **02/18/2026**

☐ Motions Included             ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney     **/s/  DES**        Initial Debtor:     **/s/ RAB**          Initial Co-Debtor     _____

## Part 1:  Payment and Length of Plan

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

a. The debtor shall pay to the Chapter 13 Trustee $**500.00** monthly for **60** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $____ per month for ____ months; $____ per month for ____ months, for a total of **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future Earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☒ Refinance of real property:
Description:**361 Hopedale Drive Southeast, Bayville, NJ**
Proposed date for completion: **02/01/2027**_____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: _____   Initial Co-Debtor: _____

## Part 2:  Adequate Protection   X NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Standing Chapter 13 Trustee** | **Administrataive** | **To be determined** |
| **Straffi & Straffi** | **Administrative** | **$3,650.00** |
| **Internal Revenue Service** | **Taxes and Certain Other Debts** | **unknown** |
| **State of New Jersey** | **Taxes and Certain Other Debts** | **unknown** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

**Part 4: Secured Claims**

    **a.**    **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| **Select Portfolio Servicing, Inc.** | **361 Hopesdale Drive SE, Bayville, NJ 08721** | **76,531.00** | **0.00** | **76,531.00** | **$3,000.00** |

    **b.**    **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

    **c.**    **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|

    **d.**    **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

        1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | | |

        2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

e.    **Surrender** ☒ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

f.    **Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

g.    **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|

**Part 5:  Unsecured Claims**          NONE

a.    **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐          Not less than $____ to be distributed *pro rata*

☒          Not less than  **100**  percent

☐          *Pro Rata* distribution from any remaining funds

b.    **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|

**Part 6:  Executory Contracts and Unexpired Leases**          NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

**Part 7:  Motions**      X  NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of**

4

**Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

a.     **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b.     **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c.     **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

d.     Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:  Other Plan Provisions

a.     **Vesting of Property of the Estate**

☒     Upon Confirmation
☐     Upon Discharge

b.     **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay**.**

c.     **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

     1)    Chapter 13 Standing Trustee Fees, upon receipt of funds

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

|    |    |    |
|----|----|----|
| 2) | **Other Administrative Claims** | |
| 3) | **Secured Claims** | |
| 4) | **Lease Arrearages** | |
| 5) | **Priority Claims** | |
| 6) | **General Unsecured Claims** | |

### d.    Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification        X NONE

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

Explain below **why** the plan is being modified:

Are Schedules I and J being filed simultaneously with this Modified Plan?        ☐ Yes        ☐ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:    **February 18, 2026**                 **/s/ Robert A Boyle**
                                                **Robert A Boyle**
                                                Debtor
Date:    
                                                Joint Debtor


Date    **February 18, 2026**                 **/s/ Daniel Straffi,, Jr.**
                                                **Daniel Straffi,, Jr.**
                                                Attorney for the Debtor(s)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

United States Bankruptcy Court

District of New Jersey

In re:

Robert A Boyle
    Debtor

Case No. 26-10562-MEH

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 6

Date Rcvd: Feb 19, 2026            Form ID: pdf901            Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783 |
| cr | + | Levin Properties, L.P., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| 520950923 | + | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950922 | + | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950924 | | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520950928 | | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520950933 | | Credit One Bank N.A., Greenville, SC 29602 |
| 520950934 | + | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520950943 | | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520950944 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520978865 | + | Levin Properties, L.P., c/o Stark & Stark, PC, Attn: Thomas Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520950945 | + | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520950946 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520950948 | + | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520950954 | | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950957 | + | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950968 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520950974 | + | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520987404 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520958851 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520950919 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2026 21:37:08 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520984288 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:16:25 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950918 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 19 2026 21:37:21 | Affirm, Inc., 650 California St, Fl 12, San |

District/off: 0312-3                                   User: admin                                          Page 2 of 6

Date Rcvd: Feb 19, 2026                               Form ID: pdf901                                   Total Noticed: 74

| | | | |
|---|---|---|---|
| | | | Francisco, CA 94108-2716 |
| 520950921 | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:37:06 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520950920 | Email/PDF: bncnotices@becket-lee.com | Feb 19 2026 21:37:08 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520954591 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:37:12 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950932 | Email/Text: cfcbackoffice@contfinco.com | Feb 19 2026 21:12:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520950931 | Email/Text: cfcbackoffice@contfinco.com | Feb 19 2026 21:12:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520950927 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:15:56 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520950926 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 19 2026 21:16:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520950930 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2026 21:13:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520950929 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 19 2026 21:13:00 | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 520950937 | Email/Text: famc-bk@1stassociates.com | Feb 19 2026 21:13:00 | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520950938 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 19 2026 21:16:22 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520950939 | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 19 2026 21:37:17 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520950941 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520950940 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 19 2026 21:12:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520987429 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 21:12:00 | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section, Philadelphia, PA 19101-7346 |
| 520958525 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 21:13:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520950956 | Email/Text: customerservice@launchservicing.com | Feb 19 2026 21:11:28 | Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520950955 | Email/Text: customerservice@launchservicing.com | Feb 19 2026 21:11:28 | Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520954587 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:37:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950947 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:16:11 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520968609 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:16:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520950950 | Email/Text: Mercury@ebn.phinsolutions.com | Feb 19 2026 21:11:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520950949 | Email/Text: Mercury@ebn.phinsolutions.com | Feb 19 2026 21:11:00 | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520950951 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:16:19 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520950952 | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0312-3                              User: admin                                    Page 3 of 6
Date Rcvd: Feb 19, 2026                          Form ID: pdf901                               Total Noticed: 74

| | | | |
|---|---|---|---|
| | | Feb 19 2026 21:13:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987445 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 19 2026 21:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520950953 | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 19 2026 21:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520987449 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Feb 19 2026 21:11:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520987461 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:16:22 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520950962 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:08 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987459 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:16:22 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987458 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:12 | Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520950958 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 19 2026 21:16:06 | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520950959 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Feb 19 2026 21:16:05 | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950960 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:12 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520984473 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Feb 19 2026 21:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520987463 | + Email/Text: bnc-quantum@quantum3group.com | | |
| | | Feb 19 2026 21:13:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520950966 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950967 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950935 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Feb 19 2026 21:11:00 | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950969 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Feb 19 2026 21:11:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 520950964 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 19 2026 21:13:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520950965 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Feb 19 2026 21:13:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520950971 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950970 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:21 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520950973 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:08 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950972 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Feb 19 2026 21:16:21 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520950976 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 19 2026 21:37:22 | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |

District/off: 0312-3                           User: admin                              Page 4 of 6
Date Rcvd: Feb 19, 2026                        Form ID: pdf901                          Total Noticed: 74

520950975          ^  MEBN

                                               Feb 19 2026 21:03:49    The Bank of Missouri, 320 E Big Beaver Rd,
                                                                       Troy, MI 48083-1238


TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520950942 | | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section Philadelphia, PA 1910 |
| 520987594 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067 |
| 520987466 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| 520987597 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| 520987582 | *+ | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520987410 | *+ | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987406 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987405 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987408 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520987407 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520987409 | *+ | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987411 | * | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520987412 | * | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987413 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987583 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987420 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520987419 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520987415 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520987414 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520987416 | * | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987418 | * | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520987417 | * | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 520987421 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520987422 | *+ | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520987424 | * | First Progress, PO Box 84010, Columbus, GA 31908-4010 |
| 520987425 | * | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520987426 | * | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520987427 | * | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520987428 | * | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520987432 | * | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520987433 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520987451 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987450 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987438 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987588 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987436 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987437 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987586 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987587 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987434 | *+ | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520987435 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520987439 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520987440 | *+ | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520987442 | * | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520987441 | * | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520987443 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520987444 | * | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987589 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520987447 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |

District/off: 0312-3 | User: admin | Page 5 of 6
Date Rcvd: Feb 19, 2026 | Form ID: pdf901 | Total Noticed: 74

| 520987448 | * | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987591 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520950963 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987457 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987593 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520987452 | *+ | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987453 | * | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520987454 | * | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950961 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987455 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987456 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987596 | *+ | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520987468 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987469 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987423 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987471 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 520987464 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520987465 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520987470 | *+ | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520987473 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987472 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520987475 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987474 | *+ | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520987476 | *+ | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |
| 520950977 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987478 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987479 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987477 | * | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520950925 | ## | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950936 | ## | First Progress, PO Box 84010, Columbus, GA 31908-4010 |

TOTAL: 4 Undeliverable, 75 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed**

District/off: 0312-3                     User: admin                                    Page 6 of 6
Date Rcvd: Feb 19, 2026                  Form ID: pdf901                                Total Noticed: 74

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Courtney Anne Martin | on behalf of Creditor Levin Properties  L.P. cmartin@stark-stark.com |
| Daniel E. Straffi | on behalf of Debtor Robert A Boyle bkclient@straffilaw.com<br>g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas S. Onder | on behalf of Creditor Levin Properties  L.P. tonder@stark-stark.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6