Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  26−10562−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Boyle
aka Robert Boyle
361 Hopesdale Drive
Bayville, NJ 08721

Social Security No.:
  xxx−xx−2560

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 23, 2026
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-10562-EJO |
| Robert A Boyle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 23, 2026 | Form ID: 148 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783 |
| cr | + | Anthony Guarnera, 2nd, 8 Temple Road, Parlin, NJ 08859-1222 |
| cr | + | Levin Properties, L.P., c/o Stark & Stark, PC, 100 American Metro Blvd., Hamilton, NJ 08619, UNITED STATES 08619-2319 |
| 520950923 | + | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950922 | + | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950924 | | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520950928 | | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520950933 | | Credit One Bank N.A., Greenville, SC 29602 |
| 520950934 | + | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520950943 | | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520950944 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520978865 | + | Levin Properties, L.P., c/o Stark & Stark, PC, Attn: Thomas Onder, Esq., P.O. Box 5315, Princeton, NJ 08543-5315 |
| 520950945 | + | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520950946 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520950948 | + | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520950954 | | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950957 | + | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520950968 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520950974 | + | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2026 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2026 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520987404 | + | EDI: PHINAMERI.COM | Jul 24 2026 01:12:00 | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520958851 | + | EDI: PHINAMERI.COM | Jul 24 2026 01:12:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520950919 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 23 2026 21:26:33 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520984288 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 21:26:32 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950918 | | Email/PDF: AffirmBKNotifications@resurgent.com | | |

District/off: 0312-3                     User: admin                          Page 2 of 6

Date Rcvd: Jul 23, 2026                  Form ID: 148                         Total Noticed: 79

| | | Jul 23 2026 21:26:33 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521008000 | Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 21:26:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520950921 | Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 21:26:43 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520950920 | Email/PDF: bncnotices@becket-lee.com | Jul 23 2026 21:26:43 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520954591 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 21:26:32 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950932 | Email/Text: cfcbackoffice@contfinco.com | Jul 23 2026 21:21:00 | Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520950931 | Email/Text: cfcbackoffice@contfinco.com | Jul 23 2026 21:21:00 | Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520950927 | EDI: CAPITALONE.COM | Jul 24 2026 01:12:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520950926 | EDI: CAPITALONE.COM | Jul 24 2026 01:12:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520950930 | EDI: WFNNB.COM | Jul 24 2026 01:12:00 | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520950929 | EDI: WFNNB.COM | Jul 24 2026 01:12:00 | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 521050994 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 23 2026 21:22:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520950937 | EDI: TCISOLUTIONS.COM | Jul 24 2026 01:12:00 | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520950938 | EDI: AMINFOFP.COM | Jul 24 2026 01:12:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520950939 | EDI: AMINFOFP.COM | Jul 24 2026 01:12:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520950941 | EDI: PHINAMERI.COM | Jul 24 2026 01:12:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520950940 | EDI: PHINAMERI.COM | Jul 24 2026 01:12:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 521205321 | EDI: IRS.COM | Jul 24 2026 01:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520958525 | EDI: JEFFERSONCAP.COM | Jul 24 2026 01:12:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520950956 | Email/Text: customerservice@launchservicing.com | Jul 23 2026 21:20:32 | Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520950955 | Email/Text: customerservice@launchservicing.com | Jul 23 2026 21:20:44 | Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520954587 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 21:26:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520950947 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 21:26:44 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520968609 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2026 21:26:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520950950 | Email/Text: Mercury@ebn.phinsolutions.com | Jul 23 2026 21:21:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |

| 520950949 | | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jul 23 2026 21:21:00 | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520950951 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 23 2026 21:26:32 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520950952 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 23 2026 21:22:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987445 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 23 2026 21:22:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520950953 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 23 2026 21:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520987449 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | | Jul 23 2026 21:21:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520987461 | | EDI: PRA.COM | | |
| | | | Jul 24 2026 01:12:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520950962 | | EDI: PRA.COM | | |
| | | | Jul 24 2026 01:12:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987459 | | EDI: PRA.COM | | |
| | | | Jul 24 2026 01:12:00 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987458 | | EDI: PRA.COM | | |
| | | | Jul 24 2026 01:12:00 | Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520950958 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 23 2026 21:26:38 | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520950959 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jul 23 2026 21:26:32 | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950960 | | EDI: PRA.COM | | |
| | | | Jul 24 2026 01:12:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520984473 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jul 24 2026 01:12:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520987463 | + | EDI: Q3G.COM | | |
| | | | Jul 24 2026 01:12:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520950966 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Jul 23 2026 21:21:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950967 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Jul 23 2026 21:21:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950935 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Jul 23 2026 21:21:00 | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520950969 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | | Jul 23 2026 21:21:00 | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 521299705 | ^ | MEBN | | |
| | | | Jul 23 2026 21:18:40 | Securities and Exchange Commission, Att: Alan Maza, 100 Pearl Street, Suite 20-100, New York, NY 10004-6024 |
| 520950964 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 23 2026 21:22:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520950965 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Jul 23 2026 21:22:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520950971 | | EDI: SYNC | | |
| | | | Jul 24 2026 01:12:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950970 | + | EDI: SYNC | | |
| | | | Jul 24 2026 01:12:00 | Synchrony Bank/Care Credit, PO Box 71757, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19176-1757 |
| 520950973 | | EDI: SYNC | Jul 24 2026 01:12:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520950972 | + | EDI: SYNC | Jul 24 2026 01:12:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520950976 | | EDI: PRA.COM | Jul 24 2026 01:12:00 | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520950975 | ^ | MEBN | Jul 23 2026 21:21:42 | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 521041224 | + | EDI: AIS.COM | Jul 24 2026 01:12:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520950942 | | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section Philadelphia, PA 1910 |
| 520987594 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067 |
| 520987466 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| 520987597 | | Spring Oaks Capital SPV, LLC, PO BOX 1216 |
| cr | *+ | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987582 | *+ | ACAR Leasing, d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520987410 | *+ | ARG Holdings, Inc., 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987406 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987405 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520987408 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520987407 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520987409 | *+ | Anthony R. Guarnera, II, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987411 | * | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520987412 | * | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987413 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987583 | *+ | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987420 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy, PO Box 3220, Buffalo, NY 14240-3220 |
| 520987419 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, PO Box 8099, Newark, DE 19714-8099 |
| 520987415 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520987414 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520987416 | * | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987418 | * | Comenity/Alphaeoncos, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520987417 | * | Comenity/Alphaeoncos, PO Box 182120, Columbus, OH 43218-2120 |
| 520987421 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520987422 | *+ | Falk Flotteron & Davidson, LLP, 241 Main Street, Suite 101, Woodbridge, NJ 07095-1928 |
| 520987424 | * | First Progress, PO Box 84010, Columbus, GA 31908-4010 |
| 520987425 | * | First Progress, Attn: Bankruptcy, PO Box 84040, Sioux Falls, SD 57118-4040 |
| 520987426 | * | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520987427 | * | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 520987428 | * | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520987429 | *+ | Internal Revenue Service, PO Box 7346 Special Procedures Branch, Bankruptcy Section, Philadelphia, PA 19101-7346 |
| 520987432 | * | KMB Salons, Inc., aka Tansmania 331 Newman Springs Road, Bldg. 1, 45h Floor, Suite 143, Red Bank, NJ 07701 |
| 520987433 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520987451 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, Attn: Bankruptcy, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987450 | *P++ | LAUNCH SERVICING LLC, P O BOX 91910, SIOUX FALLS SD 57109-1910, address filed with court:, Patientfi, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520987438 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987588 | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987436 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-3                          User: admin                                    Page 5 of 6
Date Rcvd: Jul 23, 2026                       Form ID: 148                          Total Noticed: 79

| 520987437 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987586 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987587 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520987434 | *+ | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520987435 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520987439 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520987440 | *+ | Marley & Associates, LLC, 2327 West Chester Pike, Suite 201, Broomall, PA 19008-2521 |
| 520987442 | * | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520987441 | * | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520987443 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520987444 | * | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520987589 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520987447 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520987448 | * | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520987591 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520950963 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987457 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987460 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987593 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520987592 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520987452 | *+ | Patricia J. Guarnera, 8 Temple Road, Parlin, NJ 08859-1222 |
| 520987453 | * | Plusfinance/cws, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 520987454 | * | Plusfinance/cws, Attn: Bankruptcy, PO Box 9203, Old Bethpage, NY 11804-9003 |
| 520950961 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987455 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987456 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987596 | *+ | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520987468 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987469 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987423 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520987471 | *P++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245, address filed with court:, State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, Trenton, NJ 08695-0245 |
| 520987464 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520987465 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520987470 | *+ | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520987473 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987472 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520987475 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520987474 | *+ | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520987476 | *+ | Tansmania, Limited Liability Co., 24 Pine Street, Morristown, NJ 07960-9434 |
| 520950977 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987478 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987479 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520987477 | * | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520950925 | ## | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520950936 | ## | First Progress, PO Box 84010, Columbus, GA 31908-4010 |

TOTAL: 4 Undeliverable, 77 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-3                              User: admin                                    Page 6 of 6

Date Rcvd: Jul 23, 2026                          Form ID: 148                                   Total Noticed: 79

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Albert Russo

docs@russotrustee.com

Cory Francis Woerner

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 cwoerner@raslg.com

Courtney Anne Martin

on behalf of Creditor Levin Properties  L.P. cmartin@stark-stark.com

Daniel E. Straffi

on behalf of Debtor Robert A Boyle bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Joseph Casello

on behalf of Creditor Anthony Guarnera  2nd jcasello@cvclaw.net, jcasello627@gmail.com

Joseph Casello

on behalf of Creditor ARG Holdings  Inc. jcasello@cvclaw.net, jcasello627@gmail.com

Matthew K. Fissel

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Thomas S. Onder

on behalf of Creditor Levin Properties  L.P. tonder@stark-stark.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9